BRANDON L. PHILLIPS, ESQ
Nevada Bar No. 12264
BRANDON L. PHILLIPS, ATTORNEY AT LAW, PLLC
3790 Paradise Road, Suite 205
Las Vegas, NV 89169
(702) 795-0097, (702) 795-0098 fax
blp@abetterlegalpractice.com
*Attorney for Plaintiffs, Gladys Cortes*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GLADYS CORTES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>REPUBLIC MORTGAGE LLC, dba REPUBLIC MORTGAGE a Nevada limited liability company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Foreign Corporation; RECONTRUST COMPANY, N.A.; BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; NATIONSTAR MORTGAGE, LLC, a Foreign limited liability company; FANNIE MAE; FEDERAL NATIONAL MORTGAGE ASSOCIATION; DOES I through X, inclusive AND ROE BUSINESS ENTITIES XI through XX, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:14-cv-01235-KJD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Plaintiff Gladys Cortes, through her counsel of record, Brandon L. Phillips, Attorney at Law, PLLC, and defendants Mortgage Electronic Registration Systems, Inc.; ReconTrust Company, N.A.; BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP; Federal National Mortgage Association; and Nationstar Mortgage, LLC (collectively **defendants**), through their counsel of record, Akerman, LLP, stipulate and agree as follows:

Plaintiff's Opposition to Defendants Motion for Summary Judgment is due on July 30, 2015. Plaintiff has requested a brief extension to file her response until August 3, 2015. The parties hereby stipulate and agree to the requested extension allowing Plaintiff to file her response no later than the close of business on August 3, 2015.

DATED this 31ˢᵗ day of July, 2015.                    DATED this 31ˢᵗ day of July, 2015.

| **BRANDON L. PHILLIPS, ATTORNEY AT LAW, PLLC** | **AKERMAN LLP** |
|---|---|
| */s/ Brandon L. Phillips*<br>BRANDON L. PHILLIPS, ESQ.<br>Nevada Bar No. 12264<br>3790 Paradise Road, Suite 205<br>Las Vegas, Nevada 89169<br><br>*Attorney for Plaintiff Gladys Cortes* | */s/ Natalie Winslow*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. . 8276<br>NATALIE WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendants Mortgage Electronic Registration Systems, Inc.; ReconTrust Company, N.A.; BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP; Federal National Mortgage Association; and Nationstar Mortgage, LLC* |

**ORDER**

IT IS SO ORDERED this  13th   day of   August        , 2015.

_____
UNITED STATES JUDGE
UNITED STATES DISTRICT JUDGE

BRANDON L. PHILLIPS
Attorney at Law, PLLC
3790 Paradise Road
Suite 205
LAS VEGS, NEVADA 89169

2 of 2