# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

GLADYS CORTES,

          Plaintiff,

vs.

REPUBLIC MORTGAGE LLC, *et al.*,

          Defendants.

2:14-cv-01235-KJD-VCF

**ORDER**

    Before the court is the Stipulation and Order to Stay Pre-Trial Orders (#36). The parties seek to extend the deadline to file the joint pretrial order until 30 after the Court enters an order on Defendants' Motion for Summary Judgment. *Id.*

    Under Local Rule 26-1(e)(5),

> Pretrial Order. Unless the discovery plan otherwise provides and the Court so orders, the joint pretrial order shall be filed not later than (30) days after the date set for filing dispositive motions. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision of the dispositive motions or further order of the Court.

    This deadline is also set in the discovery plan and scheduling order entered on December 23, 2014. (#25).

    Accordingly,

    IT IS HEREBY ORDERED that the Stipulation and Order to Stay Pre-Trial Orders (#36) is DENIED as unnecessary.

    DATED this 13th day of October, 2015.

                                                               CAM FERENBACH
                                                               UNITED STATES MAGISTRATE JUDGE