**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| GLADYS CORTES, | |
| Plaintiff, | 2:14-cv-01235-KJD-VCF |
| vs. | **ORDER** |
| REPUBLIC MORTGAGE LLC, et al., | |
| Defendants. | |

Before the court is Plaintiff's Motion to Re-Open Discovery Deadlines (#35).

IT IS HEREBY ORDERED that a hearing on the Motion to Re-Open Discovery Deadlines (#35) is scheduled for 2:00 p.m., November 23, 2015, in courtroom 3D.

DATED this 18th day of November, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE