# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GLADYS CORTES,

    Plaintiff,

v.

REPUBLIC MORTGAGE, LLC. dba REPUBLIC MORTGAGE a Nevada limited liability company, et al.,

    Defendants.

Case No. 2:14-CV-01235-KJD-VCF

**ORDER**

    Presently before the Court is Defendants' Motion for Summary Judgment (#28). Plaintiff filed an Opposition to Defendants' Motion for Summary Judgment, or in the Alternative, Motion for Continuance to Complete Discovery (#31) to which Defendants replied (#34).

    Plaintiff's opposition and motion to continue is predicated upon a Stipulation and Order to Extend Discovery Deadline (#27), signed by both parties and entered on July 7, 2015, wherein both parties agreed that "Neither party has or plans to file dispositive Motions." Pursuant to the Stipulation, a Scheduling Order (#29) was entered by the Court that day, July 7, 2015. Defendants then filed a Motion for Summary Judgment (#28) on the same day, July 7, 2015. As a result, Plaintiff sought additional time to procure supplemental discovery responses from Defendants as well as an additional deposition of a person most knowledgable. Defendants argued that they did not agree to not file any dispositive motions, rather, they only agreed to extend discovery by ninety days. Although Defendants deny agreeing to not file dispositive motions, the Stipulation was signed by both parties.

    Subsequently, Plaintiff filed a Second Motion to Extend Time (#35) on October 2, 2015, regarding the Scheduling Order (#29). A hearing on the Motion was held on November 23, 2015

before Magistrate Judge Cam Ferenbach, wherein Plaintiff was granted additional time to conduct discovery to take the deposition of the person most knowledgeable from Defendant Nationstar Mortgage on or before January 15, 2016.  The Magistrate Judge limited the scope of the deposition to the acquisition of the loan at issue and the acquisition of the security at issue.

Based on the Magistrate Judge's order granting Plaintiff's motion to extend discovery, the Court denies Defendants' Motion for Summary Judgment (#28) without prejudice.  Dispositive motions shall be filed no later than 30 days after the deposition of the person most knowledgeable or this order, whichever is later.

Accordingly, **IT IS SO ORDERED** that Defendant's Motion for Summary Judgment (#28) is **denied** without prejudice; **IT IS FURTHER ORDERED** that Parties must file any dispositive motions within thirty days after the close of discovery on January 15, 2016.

DATED this 4th day of January 2016.

_____
Kent J. Dawson
United States District Judge

2